# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Altonaga, Cecilia M. | **2. Court or Organization**<br><br>U.S. District Court, So. FL | **3. Date of Report**<br><br>05/14/2021 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination　　Date<br>☐ Initial　　✔ Annual　　☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

Wilkie D. Ferguson
Jr. U.S. Courthouse
400 North Miami Avenue, Room 12-2
Miami, FL 33128-1810

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2020 | Miami-Dade County, Deferred Compensation Plan |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Holland & Knight, LLP-Partner/Employee |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | MiamiDade County Deferred Comp., Nationwide Fixed | A | Dividend | K | T | | | | | |
| 2. | MiamiDade County Deferred Comp., *AmFds AMCAP R6 | A | Dividend | M | T | | | | | |
| 3. | | C | Distribution | | | | | | | |
| 4. | Citifunds Checking | A | Interest | N | T | | | | | |
| 5. | Holland & Knight Profit Sharing Plan, Vang TOT BD Mkt Inst | E | Dividend | O | T | | | | | |
| 6. | Holland & Knight Profit Sharing Plan, Pgim Total RTN BD R6 | E | Dividend | O | T | | | | | |
| 7. | Holland & Knight Profit Sharing Plan, FID Freedom 2010 K | G | Dividend | P1 | T | | | | | |
| 8. | Holland & Knight Profit Sharing Plan, AF Balanced R6 | E | Dividend | O | T | | | | | |
| 9. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Interest | | | Closed | 01/23/20 | K | | |
| 10. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | | | Closed | 01/23/20 | K | | |
| 11. | (NH) UNIQUE College Investing Plan, NH College Port. (Fidelity Funds) | A | Dividend | | | Closed | 01/23/20 | K | | |
| 12. | (NH) UNIQUE College Investing Plan, NH College Port.(Fidelity Funds | A | Dividend | | | Closed | 01/23/20 | K | | |
| 13. | Holland & Knight Equity Partner Fund | E | Interest | N | T | | | | | |
| 14. | Holland & Knight Equity Partner Fund | | None | N | T | | | | | |
| 15. | Bank of America Checking | A | Interest | J | T | | | | | |
| 16. | Citigold Savings | B | Interest | P1 | T | | | | | |
| 17. | Bank of America Checking | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Altonaga, Cecilia M.** | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.  Ameriprise Insured Money Market | A | Interest | | | Closed | 02/03/20 | J | | |
| 19.  Ameriprise Insured Money Market | A | Interest | | | Closed | 01/27/20 | J | | |
| 20.  Multi Manager Value Strategies CL Z | | None | | | Sold | 02/06/20 | K | D | |
| 21.  Multi Manager Total Return Bond Strategies CL Z | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 22. | | | | | Sold | 02/06/20 | K | B | |
| 23.  Multi Manager Small Cap Equity Strategies CL Z | | None | | | Sold | 02/06/20 | K | B | |
| 24.  Ameriprise Insured Money Market | A | Interest | | | Closed | 02/03/20 | J | | |
| 25.  Multi Manager Value Strategies CL Z | | None | | | Sold | 02/06/20 | J | B | |
| 26.  Multi Manager Total Return Bond Strategies CL Z | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 27. | | | | | Sold | 02/06/20 | K | A | |
| 28.  Multi Manager Small Cap Equity Strategies CL Z | | None | | | Sold | 02/06/20 | J | A | |
| 29.  Ameriprise Insured Money Markey | A | Interest | | | Closed | 02/03/20 | J | | |
| 30.  Multi Manager Value Strategies CL Z | | None | | | Sold | 02/06/20 | K | D | |
| 31.  Multi Manager Total Return Bond Strategies CL Z | A | Dividend | | | Buy (add'l) | 01/02/20 | J | | |
| 32. | | | | | Sold | 02/06/20 | M | D | |
| 33.  Multi Manager Small Cap Equity Strategies CL Z | | None | | | Sold | 02/06/20 | K | C | |
| 34.  USA BANK USA DEP ACCT | A | Interest | J | T | Open | 02/04/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | Columbia Cap Alloc Moderate Conservative CL A | A | Dividend | K | T | | | | | |
| 36. | | A | Distribution | | | | | | | |
| 37. | UBS Bank USA Dep Account | A | Interest | J | T | | | | | |
| 38. | UBS AG Deposit Account | A | Interest | J | T | | | | | |
| 39. | US Treasury Bill Matures 06/04/20 | B | Interest | | | Buy | 02/26/20 | N | | |
| 40. | | | | | | Sold<br>(part) | 04/28/20 | J | A | |
| 41. | | | | | | Sold<br>(part) | 05/05/20 | K | A | |
| 42. | | | | | | Matured | 06/04/20 | N | B | |
| 43. | US Treasury Note Matures 03/15/20 | C | Interest | | | Matured | 03/15/20 | O | C | |
| 44. | US Treasury Note Matures 05/31/20 | B | Interest | | | Buy | 01/30/20 | N | | |
| 45. | | | | | | Matured | 05/31/20 | N | A | |
| 46. | US Treasury Note Matures 10/13/20 | A | Interest | | | Buy | 08/18/20 | O | | |
| 47. | | | | | | Matured | 10/13/20 | O | A | |
| 48. | US Treasury Note Matures 01/31/21 | A | Interest | P1 | T | Buy | 10/15/20 | P1 | | |
| 49. | AB Relative Value FundAlliance Bernstein Relative Value Fund Class A | C | Dividend | N | T | Sold<br>(part) | 04/20/20 | J | A | |
| 50. | | A | Distribution | | | | | | | |
| 51. | UBS Bank USA Dep Acct | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. CITIGROUP INC | A | Dividend | K | T | | | | | |
| 53. GENRL ELECTRIC CO | A | Dividend | K | T | Buy | 01/01/20 | K | | |
| 54. JP MORGAN CHASE & CO NTS B/E | A | Interest | | | Sold | 01/23/20 | K | A | |
| 55. WELLS FARGO & CO NTS B/E | B | Interest | L | T | Buy<br>(add'l) | 02/13/20 | L | | |
| 56. | | | | | Sold<br>(part) | 02/13/20 | L | A | |
| 57. BK OF MONTREAL | A | Interest | L | T | | | | | |
| 58. GOLDMAN SACHS GROUP INC | A | Interest | L | T | | | | | |
| 59. JP MORGAN LARGE CAP GROWTH FUND CLASS I | | None | | | Sold<br>(part) | 02/13/20 | K | D | |
| 60. | | | | | Sold | 03/23/20 | K | A | |
| 61. JP MORGAN TAX AWARE EQUITY FUND CLASS I | | None | | | Sold | 03/25/20 | L | A | |
| 62. LOOMIS SAYLES GROWTH FUND CLASS Y | | None | | | Sold<br>(part) | 02/19/20 | J | B | |
| 63. | | | | | Sold<br>(part) | 02/29/20 | J | B | |
| 64. | | | | | Sold | 03/23/20 | K | A | |
| 65. MFS INTERNATIONAL INTRINSIC VALUE FUND-1 | A | Dividend | L | T | Sold<br>(part) | 05/15/20 | K | B | |
| 66. | C | Distribution | | | | | | | |
| 67. MFS VALUE FUND CLASS I | B | Dividend | L | T | Sold<br>(part) | 03/25/20 | J | A | |
| 68. | | | | | Sold<br>(part) | 05/15/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  SAN ANTONIO TX ELEC & GA | B | Interest | | | Sold | 02/01/20 | L | A | |
| 70.  BIRDVILLE TX INDPT SCH D | A | Interest | | | Sold | 02/15/20 | K | A | |
| 71.  CINCINNATI OH CITY SCH BE/R/ | B | Interest | | | Sold | 06/01/20 | K | A | |
| 72.  RIVERISDE CO CAL ASSET | B | Interest | | | Sold | 06/01/20 | K | A | |
| 73.  LAKE CO IL CMNTY HSD #12 | B | Interest | | | Sold | 03/23/20 | K | A | |
| 74.  COOK CNTY ILL CMNTY CONS | A | Interest | | | Sold | 12/01/20 | K | A | |
| 75.  COOK CNTY IL CMNTY CONS ASSUR TAX | B | Interest | | | Sold | 12/01/20 | K | A | |
| 76.  BAKERSFIELD CA COP SUB | C | Interest | K | T | | | | | |
| 77.  GENERAL MOTORS FINL CO | C | Interest | L | T | | | | | |
| 78.  GENL ELEC CAP CORP | C | Interest | | | Sold | 09/16/20 | L | A | |
| 79.  BIRMINGHAM AL WTRWKS BR RV | A | Interest | K | T | | | | | |
| 80.  LOUSIANA ST GAS & FUELS SR B | B | Interest | | | Sold | 05/01/20 | L | A | |
| 81.  CITIGROUP INC NTS B/E | B | Interest | L | T | | | | | |
| 82.  CVS HEALTH CORP NTS B/E | A | Interest | | | Sold | 02/13/20 | K | A | |
| 83.  CIGNA CORP B/E | B | Interest | L | T | Buy<br>(add'l) | 02/19/20 | L | | |
| 84.  MCKESSON CORP. B/E | B | Interest | | | Sold | 12/01/20 | K | A | |
| 85.  WASHOUGAL WA WTR & SWR ASSUR RV | B | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   KANSAS CITY MO WTR SR A RV | B | Interest | L | T | | | | | |
| 87.   TECH DATA CORP NTS B/E | A | Interest | K | T | | | | | |
| 88.   FRANKLIN CNTY OH HSP SR A RV | C | Interest | L | T | | | | | |
| 89.   AT&T IN NTS B/E | B | Interest | | | Sold | 06/29/20 | L | A | |
| 90.   KANE CO IL S/D | B | Interest | L | T | | | | | |
| 91.   DELAWARE EMERGING MKTS FUNDS INSTITUTIONAL CLASS | A | Dividend | L | T | Buy | 03/23/20 | K | | |
| 92. | | | | | Sold (part) | 08/31/20 | K | D | |
| 93.   HARDING LOEVNER INSTL EMERG MKTS FUND CLASS I | A | Dividend | K | T | Buy | 10/30/20 | K | | |
| 94.   HARDING LOEVNER INTERNATIONAL EQUITY FUND | A | Dividend | L | T | Buy | 03/23/20 | K | | |
| 95.   MFS GROWTH FUND CLASS I | B | Distribution | K | T | Buy | 03/23/20 | K | | |
| 96. | A | Distribution | | | Buy (add'l) | 10/30/20 | J | | |
| 97. | | | | | Sold (part) | 05/06/20 | K | D | |
| 98. | | | | | Sold (part) | 05/15/20 | K | C | |
| 99. | | | | | Sold (part) | 08/31/20 | J | D | |
| 100.   AUTOZONE INC | A | Interest | L | T | Buy | 04/23/20 | L | | |
| 101.   BP CAPITAL MARKETS PLC | B | Interest | L | T | Buy | 04/23/20 | L | | |
| 102.   BARCLAYS PLC NTS B/E | A | Interest | L | T | Buy | 07/21/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  BOEING CO NTS B/E | B | Interest | L | T | Buy | 02/13/20 | L | | |
| 104.  CORNING INC NTS B/E | B | Interest | L | T | Buy | 02/19/20 | L | | |
| 105.  AON PLC B/E | C | Interest | L | T | Buy | 02/13/20 | L | | |
| 106.  CVS CAREMARK CORP NTS | B | Interest | L | T | Buy | 02/13/20 | L | | |
| 107.  BROADCOM CRP/CAYMN FI | A | Interest | L | T | Buy | 02/13/20 | L | | |
| 108.  UNUM GROUP | C | Interest | L | T | Buy | 02/19/20 | L | | |
| 109.  CNA FINANCIAL CORP B/E | B | Interest | L | T | Buy | 05/01/20 | L | | |
| 110.  ACTAVIS FNDG SCS NTS B/E | C | Interest | L | T | Buy | 02/19/20 | L | | |
| 111.  CITIGROUP INC B/E | B | Interest | L | T | Buy | 02/19/20 | L | | |
| 112.  BANK OF AMER CORP MED TERM NTS | C | Interest | L | T | Buy | 02/13/20 | L | | |
| 113. | | | | | Buy<br>(add'l) | 02/19/20 | K | | |
| 114.  CARDINAL HEALTH INC NTS | B | Interest | L | T | Buy | 05/01/20 | L | | |
| 115.  UTAH CNTY UT | B | Interest | L | T | Buy | 02/11/20 | L | | |
| 116.  ST PUB SCH BLDG AUTH PA | A | Interest | K | T | Buy | 06/12/20 | K | | |
| 117.  PORT SEATTLE WA | A | Interest | K | T | Buy | 04/07/20 | K | | |
| 118.  HAMILTON CNTY OH SALES T | B | Interest | L | T | Buy | 04/01/20 | L | | |
| 119.  IILINOIS FIN AUTH FO R I | B | Interest | L | T | Buy | 04/07/20 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. EL PASO TX MUN DRAIN UT RV | B | Interest | L | T | Buy | 02/13/20 | L | | |
| 121. METROPOLITAN BOSTON TRAN | A | Interest | K | T | Buy | 04/07/20 | K | | |
| 122. ST OF WA GO MATURES 07/01/23 | B | Interest | L | T | Buy | 02/11/20 | L | | |
| 123. MIAMI-DADE CNTY FL EXPW | A | Interest | K | T | Buy | 06/12/20 | K | | |
| 124. INDIAN RIVER CNTY FL | B | Interest | L | T | Buy | 04/01/20 | L | | |
| 125. UPPER TRINITY TX RGL WTR | B | Interest | L | T | Buy | 02/11/20 | L | | |
| 126. SACREMENTO CNTY CA PE NS | B | Interest | L | T | Buy | 09/29/20 | L | | |
| 127. ALABAMA FED AID HWY FIN | B | Interest | L | T | Buy | 04/23/20 | L | | |
| 128. PENNSYLVANIA ST | A | Interest | K | T | Buy | 04/07/20 | K | | |
| 129. INDIANA ST FIN AUTH WAST | C | Interest | L | T | Buy | 02/11/20 | L | | |
| 130. METROPOLITAN TRAN AU NY | B | Interest | L | T | Buy | 06/01/20 | L | | |
| 131. HAWAII ST FOR ISSUES DTD | C | Interest | L | T | Buy | 04/01/20 | L | | |
| 132. HARTFORD CT FOR ISSUES D | A | Interest | K | T | Buy | 06/01/20 | K | | |
| 133. MARYLAND ST ECON DEV COR | C | Interest | L | T | Buy | 04/01/20 | L | | |
| 134. ST OF WA GO MATURES 0701/24 | B | Interest | L | T | Buy | 04/01/20 | L | | |
| 135. SOUTH MIAMI FL HLTH | B | Interest | L | T | Buy | 04/01/20 | L | | |
| 136. MIAMI BEACH FL RESORT | B | Interest | L | T | Buy | 06/25/20 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MIAMI-DADE CNTY FL | B | Interest | L | T | Buy | 04/01/20 | L | | |
| 138. DELAWARE TAX-FREE USA INTERMEDIATE FUND CLASS I | A | Dividend | M | T | Buy | 12/18/20 | L | | |
| 139. VANGUARD SHORT-TERM TAX EXEMPT FUND ADMIRAL | B | Dividend | M | T | Buy | 07/01/20 | M | | |
| 140. | | | | | Sold (part) | 08/17/20 | L | A | |
| 141. | | | | | Sold (part) | 09/29/20 | K | A | |
| 142. AB SELECT US LONG/SHORT PORTFOLIO FUND CLASS ADV | C | Dividend | L | T | Buy | 03/26/20 | L | | |
| 143. REYNOLDS AMERN INC NTS | C | Interest | | | Buy | 02/19/20 | L | | |
| 144. | | | | | Sold | 11/05/20 | L | B | |
| 145. Nuveen Interim Duration Mun Bond CL I | B | Dividend | | | Sold (part) | 02/19/20 | M | C | |
| 146. | | | | | Sold (part) | 06/01/20 | K | A | |
| 147. | | | | | Sold | 06/25/20 | M | B | |
| 148. Western Asset Intermediate Term Mun CL I | B | Dividend | | | Sold (part) | 02/19/20 | K | A | |
| 149. | | | | | Sold | 06/01/20 | L | A | |
| 150. WABTEC | A | Dividend | | | Sold | 02/13/20 | J | A | |
| 151. Blackrock Strategic Income Opptys Instl CL | A | Dividend | | | Sold | 02/14/20 | L | A | |
| 152. iShares Core S&P Mid Cap ETF | | None | | | Sold | 02/13/20 | L | D | |
| 153. iShares MSCI EAFE Value ETF | | None | | | Sold | 02/13/20 | K | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Altonaga, Cecilia M. | 05/14/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. Goldman Sachs GQG Partners Intl Opptys Investor CL | | None | | | Sold (part) | 02/26/20 | K | C | |
| 155. | | | | | Sold | 03/23/20 | K | A | |
| 156. MFS Municipal High Income CL I | A | Dividend | | | Sold (part) | 02/13/20 | K | B | |
| 157. | | | | | Sold (part) | 02/19/20 | K | B | |
| 158. | | | | | Sold | 02/26/20 | K | B | |
| 159. Wells Fargo Emerging Markets Equity Fund Class Inst | | None | | | Sold (part) | 02/19/20 | K | C | |
| 160. | | | | | Sold | 03/23/20 | K | A | |
| 161. Wells Fargo Short Term Mun Bond Instl CL | A | Dividend | | | Sold | 02/13/20 | M | A | |
| 162. WASTE MGMT INC NTS B/E | A | Interest | | | Buy | 06/25/20 | L | | |
| 163. | | | | | Sold | 07/20/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Altonaga, Cecilia M. | 05/14/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII. INVESTMENTS and TRUSTS

-Line 5. Changed the name of this bank account from 'Citifunds Interest' to 'Citifunds Checking'.

-Line 6.-7. The name of this mutual find changed from 'Alliance Bernstein Relative Growth and Income Class A' to 'Alliance Bernstein Relative Value Fund Class A', identifier same as last year.

-Line 8.-14.. Holland & Knight Profit Sharing Plan: not self directed, there is no control and only can select level of risk.

-Line 20.-21. Holland & Knight Equity Partner Fund: spouse's firm requires each equity partner to have an equity reserve in terms of paid in capital for each of its equity partners. These funds may not be accesed until the holder ceases to be an equity member. There is no control.

-Line 23. Changed the name of this bank account from 'Citigold Interest' to 'Citigold Savings'.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cecilia M. Altonaga**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544